UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MURRAY, known as Leviticus Lucifer,<br><br>                              Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK ET AL H& H; JOHN DOE; JANE DOE; JANE DOE,<br><br>                              Defendants. | 25-CV-4734 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated June 16, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. On July 29, 2025, the Clerk's Office received notice that the Court's June 16, 2025 order was returned as undeliverable. As of the date the Clerk's Office received Plaintiff's complaint, Plaintiff has not updated the Court with his new address or otherwise communicated with the Court.

Accordingly, because Plaintiff did not file an IFP application and prisoner authorization, or paid the fees, the Court dismisses the action, *see* 28 U.S.C. §§ 1914, 1915, without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated: September 2, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge