UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MURRAY, known as Leviticus Lucifer,<br><br>         Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK ET AL H& H; JOHN DOE; JANE DOE; JANE DOE,<br><br>         Defendants. | 25cv4734 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 2, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 3, 2025
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge